UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

### CLERK'S DEFAULT

Securities and Exchange Commission          CASE NO. 13-CV-80806-WJZ

    Plaintiff(s),

v.

Douglas P. Martin

    Defendant(s).
_____/

FILED by __LS__ D.C.

Oct 2, 2013

STEVEN M. LARIMORE
CLERK
U.S. DIST. CT.
S.D. OF FLA.

It appearing that the defendant(s) herein, Douglas P. Martin, is in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law. Default is hereby entered against defendant(s) Douglas P. Martin, as of course, on this date October 2, 2013.

**STEVEN M. LARIMORE**
CLERK OF COURT

By:  *Lisa J. Streets*
     Deputy Clerk

cc:  Hon. William J. Zloch
     Counsel of Record
     Douglas P. Martin
     312 Greenbrier Drive
     Lake Worth, FL 33461