UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-80806-CV-ZLOCH/HUNT

SECURITIES AND EXCHANGE COMMISSION,   )
                                      )
         Plaintiff,                   )
   v.                                 )
                                      )
DOUGLAS P. MARTIN and                 )
VHGI HOLDINGS, INC.,                  )
                                      )
         Defendants.                  )
_____)

**PLAINTIFF'S NOTICE OF DISMISSAL OF ITS CLAIMS FOR
DISGORGEMENT, PREJUDGMENT INTEREST AND CIVIL PENALTY
AGAINST DEFENDANT VHGI HOLDINGS, INC.**

Plaintiff Securities and Exchange Commission provides notice that it is dismissing its claims for disgorgement, prejudgment interest and a civil penalty against Defendant VHGI Holdings, Inc.

Accordingly, all outstanding issues in this case against VHGI have been resolved. The Court will retain jurisdiction over VHGI, however, for purposes of enforcing the terms of the Consent Final Judgment and Permanent Injunction the Court entered against VHGI on January 14, 2014 [DE 16].

Dated:  November 24, 2014                    Respectfully submitted,


                              By:   /s/ Patrick R. Costello
                                    Patrick R. Costello
                                    Senior Trial Counsel
                                    Florida Bar No. 75034
                                    Direct Dial:  (305) 982-6380
                                    E-mail: CostelloP@sec.gov
                                    *Lead Attorney*

-2-

Michelle I. Bougdanos
Senior Counsel
Florida Bar No. 20731
Telephone: (305) 982-6307
E-mail : BougdanosM@sec.gov

**ATTORNEYS FOR PLAINTIFF**
**SECURITIES AND EXCHANGE COMMISSION**
801 Brickell Avenue, Suite 1800
Miami, Florida 33131
Telephone: (305) 982-6300
Facsimile: (305) 536-4154

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 24, 2014, the above document was filed electronically using CM/ECF. I also certify that the above document is being served this day on all counsel of record or *pro se* parties identified on the Service List below, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel of record or *pro se* parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Patrick R. Costello
Patrick R. Costello

## SERVICE LIST

*Securities and Exchange Commission v. Martin et al.*
Case No. 13-80806-CV-ZLOCH/HUNT
United States District Court, Southern District of Florida


Douglas P. Martin
312 Greenbrier Drive
Lake Worth, FL 33461
*Pro se*

**Via First Class Mail**


VHGI Holdings, Inc.
c/o Michael E. Fasci, Sr., CFO
103 North Court Street
Sullivan, IN 47882
*Pro se*

**Via First Class Mail**